UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SAMANTHA J. ADKINS, individually and
on behalf of all others similarly situated,

              Plaintiff,

     v.

INTERSTATE HOTELS & RESORTS, INC.,

              Defendant.

Case No. 2:18-cv-00262-JFC

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Samantha J. Adkins, and Defendant, Interstate Hotels & Resorts,

Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.     This action shall be DISMISSED, with prejudice; and

2.     No motion for class certification has been filed and no class has been certified in

this action; therefore, class notice and court approval of this dismissal are not required under the

Federal Rules.

Dated: January 2, 2019            Respectfully submitted,

*/s/ R. Bruce Carlson*            */s/ Jenna M. Decker*
R. Bruce Carlson              Jenna M. Decker
Kelly K. Iverson              Jackson Lewis P.C.
Carlson Lynch Sweet & Kilpela, LLP     1001 Liberty Avenue, Suite 1000
1133 Penn Avenue,5th Floor        Pittsburgh, PA 15222
Pittsburgh, PA 15222           (412) 232-0404
412-322-9243              jenna.decker@jacksonlewis.com
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com       Joseph J. Lynett
                       Jackson Lewis P.C.
                       44 South Broadway, 14th Floor
                       White Plains, NY 10601
                       914-872-8060
                       joseph.lynett@jacksonlewis.com